**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

JULIO FERNANDEZ,

    Plaintiff,

v.                                                      Case No: 8:13-cv-552-T-30TGW

CUTTING EDGE GRANITE, INC. and
LAWRENCE CROWLEY,

    Defendants.

_____

**ORDER OF DISMISSAL**

Before the Court is the Joint Report Regarding Resolution and Stipulated Voluntary Dismissal With Prejudice (Dkt. #35).   Upon review and consideration, it is

**ORDERED AND ADJUDGED** as follows:

    1.    The Joint Report Regarding Resolution and Stipulated Voluntary Dismissal With Prejudice (Dkt. #35) is GRANTED.

    2.    This cause is dismissed with prejudice, each party to bear their own attorney's fees and costs.

    3.    All pending motions are denied as moot.

    4.    The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida, this 2nd day of January, 2014.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record